# UNITED STATES DISTRICT COURT
FOR THE

## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

DOCKETED
MAY 2 0 2004

UNITED STATES OF AMERICA )
v. )
)
STEVEN BALL )
)
NORTHERN DISTRICT OF ILLINOIS )

MAGISTRATE JUDGE LEVIN

04CR0497

CASE NUMBER:

The undersigned Affiant personally appeared before IAN H. LEVIN , a United States Magistrate Judge, and being duly sworn on oath, states: That at Peoria, Illinois within the Central District of Illinois, one STEVEN BALL, was charged with a Violation of Supervised Release in violation of Title 18, Sections 3583(e)(3) of the United States Code, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant for Arrest and Violation Petition).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Garth G. Rehberg
U.S. Marshals

Subscribed and Sworn to before me this
19th day of May , 2004.

Ian H. Levin
United States Magistrate Judge

A.U.S.A Maribel Fernandez-Harvath

Bond set [or recommended] by issuing Court at ____________________

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

COPY

| | | |
|---|---|---|
| ***UNITED STATES OF AMERICA*** | ) | ***WARRANT FOR ARREST*** |
| ***Plaintiff*** | ) | |
| ***vs*** | ) | |
| | ) | ***CASE NO. 02-10100-001*** |
| ***STEVEN BALL*** | ) | |
| ***5813 West 35th Street*** | ) | |
| ***Apt. 4*** | ) | |
| ***Cicero, IL 60804*** | ) | |
| ***Defendant*** | ) | |

***TO:*** ***THE U. S. MARSHAL and any AUTHORIZED UNITED STATES OFFICER***

***YOU ARE HEREBY COMMANDED to arrest STEVEN BALL, and bring him forthwith to the nearest magistrate judge to answer a Petition for Warrant or Summons for Offender Under Supervision, charging him with Violations of Conditions of Supervised Release, in violation of Title 18, United States Code, Section(s) 3583(e)(3).***

John M. Waters

***JOHN M. WATERS***
*Name of Issuing Officer*

***CLERK U.S. DISTRICT COURT***
*Title of Issuing Officer*

C. Lamke

*Signature of Issuing Officer*

*April 16, 2004, Peoria, IL*
*Date and Location*

***Bail fixed at $NO BOND by Chief U.S. District Judge Joe B. McDade.***

## RETURN

*This warrant was received and executed with the arrest of the above named defendant at*

| *Date Received* | *Name of Arresting Officer* | *Signature of Arresting Officer* |
|---|---|---|
| *Date of Arrest* | *Title of Arresting Officer* | |

Nikki Franco-Smith
312/435-5700
5720

A TRUE COPY
ATTEST
JOHN M. WATERS, CLERK
BY C. Lamke
DEPUTY CLERK
U. S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 4-16-04

CD/IL PROB12C
(Rev. 3/99)

FILED
APR 16 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court

for

CENTRAL DISTRICT OF ILLINOIS

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| NAME/ADDRESS OF OFFENDER: | STEVEN BALL<br>5813 West 35th Street<br>Apartment 4<br>Cicero, IL 60804 |
| CASE NUMBER: | 02-10100-001 |
| SENTENCING JUDICIAL OFFICER: | HONORABLE JOE BILLY McDADE<br>Chief U.S. District Judge |
| ORIGINAL SENTENCE DATE: | 03/14/03 |
| ORIGINAL OFFENSE: | Possession of Contraband in Prison |
| ORIGINAL SENTENCE: | Ten months imprisonment, $250 fine, three years supervised release with special conditions: 1) Participate in substance abuse treatment, and 2) No firearms, ammunition, or other dangerous weapons |
| TYPE OF SUPERVISION: | Supervised Release |
| DATE SUPERVISION COMMENCED: | 10/28/03 in Northern District of Illinois at Chicago |
| ASSISTANT U.S. ATTORNEY: | Thomas A. Keith |
| DEFENSE ATTORNEY: | Harold M. Jennings |

A TRUE COPY
ATTEST.
JOHN M. WATERS, CLERK
BY: [signature]
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 4-16-04

---

PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF VIOLATION |
|---|---|
| 1. | NEW LAW VIOLATION: POSSESSION OF COCAINE |
| | MANDATORY CONDITIONS: THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME AND SHALL NOT POSSESS A CONTROLLED SUBSTANCE. |

On about November 13, 20, 25, and December 9, 2003, and January 6 and February 2, 2004, offender Ball possessed and used cocaine as determined by PharmChem Laboratories, after urine samples submitted by the offender on these dates tested positive for cocaine. The offender admitted to U.S. Probation Officer Nikita France-Smith that he possessed cocaine on or about November 13, 20, and 25, 2003.

2. FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS

STANDARD CONDITION NO. 2: THE DEFENDANT SHALL REPORT TO THE U.S. PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH.

On about February 5 and March 5, 2004, offender Ball failed to submit monthly supervision reports for the months of January and February 2004.

3. FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER

STANDARD CONDITION NO. 3: THE DEFENDANT SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER .

On February 25 and March 19, 2004, offender Ball failed to report to the U.S. Probation Office in the Northern District of Illinois as directed by U.S. Probation Officer Nikita France-Smith.

4. FAILURE TO NOTIFY THE PROBATION OFFICER OF A CHANGE IN EMPLOYMENT

STANDARD CONDITION NO. 6: THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT.

Offender Ball failed to notify his probation officer at least ten days prior to terminating his employment with Lightening, Inc., Chicago Ridge, Illinois, on March 11, 2004.

5. FAILURE TO ATTEND SUBSTANCE ABUSE TREATMENT AS DIRECTED

SPECIAL CONDITION NO. 1: YOU SHALL, AT THE DIRECTION OF THE PROBATION OFFICE, PARTICIPATE IN A PROGRAM FOR SUBSTANCE ABUSE TREATMENT INCLUDING TESTING TO DETERMINE WHETHER YOU HAVE USED CONTROLLED SUBSTANCES AND/OR ALCOHOL.

On February 10, 2004, offender Ball failed to appear for substance abuse counseling at the Way Back Inn treatment facility in Maywood, Illinois, as directed by the U.S. Probation Officer.

**U.S. Probation Officer Recommendation:**

[X] The term of supervision should be
  [X] revoked
  [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

Douglas L. Heuermann

DOUGLAS L. HEUERMANN
Assistant Deputy Chief U.S. Probation Officer
Date: April 14, 2004

DLH:js

---

**THE COURT ORDERS:**

[ ] No action

[X] The issuance of a warrant

[ ] The issuance of a summons

[ ] Other:

Joe B McDade

HONORABLE JOE BILLY McDADE
Chief U.S. District Judge
Date: 4/16/04